# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                  )

**UNITED STATES of AMERICA**     )

                                  )

      **v.**                     )        **Criminal No.**

                                  )        **05-40014-FDS**

**RASHEEN WILLIAMS,**        )

                                  )

       **Defendant.**           )
_____)

## ORDER ON DEFENDANT'S MOTION
## TO MODIFY TERM OF IMPRISONMENT

**SAYLOR, J.**

On motion of the defendant pursuant to 18 U.S.C. § 3582(c)(2), pursuant to a joint sentencing recommendation, and after considering the sentencing factors set forth in 18 U.S.C. § 3553(a), the term of imprisonment of defendant Rasheen Williams is hereby reduced to time served.  All other components of defendant's sentence, including the requirement that he serve a three-year term of supervised release, shall remain the same.

**So Ordered.**

                                     /s/ F. Dennis Saylor_____

                                     F. Dennis Saylor IV

Dated: March 12, 2008               United States District Judge